Case 5:07-cv-00687-PA-AN Document 10 Filed 11/26/07 Page 1 of 1 Page ID #:17

LODGED
SEP 2 5 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL LAWRENCE TAYLOR,<br>Petitioner,<br>v.<br>W. J. SULLIVAN, Warden,<br>Respondent. | Case No. EDCV 07-00687 PA (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*.

IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: November 21, 2007

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE